UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| AMSELFILM PRODUCTIONS | : | |
| Plaintiff | : | Civil Action No. 12-3864 (FSH) |
| v. | : | |
| SWARM BB012, et al. | : | ORDER ON INFORMAL APPLICATION |
| Defendant | : | |

    This matter having come before the Court by way of request received September 10, 2012, regarding the request of an unnamed person, who did not provide a complete address, to file a motion to quash a subpoena;

    and L. Civ. R. 10.1 requiring that all filings must contain an address of the counsel or unrepresented party or it will be struck, L. Civ. R. 10.1(stating that "[i]f a pleading, motion, or other initial paper submitted for filing in a case does not contain the street and post office address of counsel, their client(s) or unrepresented parties, it may be stricken by the Clerk and returned to the submitting party by the Clerk unless a statement why the client's address cannot be provided at this time is presented);

    and as the submission contains no name or address for the individual requesting relief, it fails to comply with Rule 10.1 and will be struck;

    and the submission failing to show that it was served upon the plaintiff, as required by Fed. R. Civ. P. 5, and for this additional reason, it is procedurally improper;

    IT IS THEREFORE ON THIS 11th day of September, 2012

    ORDERED that the request for permission to file a motion to quash is struck without prejudice to the submission of a request that complies with the applicable rules.

    s/Patty Shwartz

**UNITED STATES MAGISTRATE JUDGE**