**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| AMSELFILM PRODUCTIONS GMBH & CO. KG, | : |
| Plaintiff, | : Civil Action No. 12-3864 (FSH) |
| v. | : |
| JOHN DOES 1-997, | : ORDER |
| Defendants. | : |

This matter having come before the Court by way of motion of Michael R. Mignogna, attorney for the John Doe defendant with IP address 24.15.69.53, for the pro hac vice admission of Ronald Kalish;

and L. Civ. R. 10.1 requiring that the "initial pleading, motion, or other paper of any party filed in any cause other than criminal actions in this Court shall state in the first paragraph the street and post office address of each named party to the case";

and the John Doe defendant with IP address 24.15.69.53 not having filed a submission containing the required identifying information, nor a motion to proceed anonymously;

IT IS THEREFORE ON THIS 4th day of October, 2012

ORDERED that the motion for pro hac vice admission [ECF No. 22] is terminated without prejudice to the filing of a motion that complies with the Court's Local Civil Rules.

s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**