TO: U.S. District Court for the District of New Jersey          DATE: October 1, 2012

Martin Luther King Jr. Federal Building & US Courthouse

50 Walnut St.

Newark, N. J. 07101

Docket #: 2:12.cv-03864

Case Name: AMSELFILM Productions V. SWARM BB012 et. al.

I wish to object to the release of my information concerning the above case and docket number. My ID number is Doe 799 and my IP address is 71.12.241.56.

My wife and I are senior citizens and are not computer literate. We have the internet to get pictures from my son and his family who is in the US military (Navy) for 22 years. My other three sons were in the military, two in the Army and one in the Air Force, and their families. We used the internet to keep up with them and the grandchildren. I am a Vietnam Veteran and also retired with the US Government with 37 years of service. My wife and I are very upset and worried about this case since we know we did not copy any film or anything else from the internet computer. I really do not understand exactly what was done except it appears someone used my computer number or IP address to download a film.

Again I wish to object to the release of any information concerning this case: Docket #: 2:12.cv-03864

Name: AMSELFILM Productions V. SWARM BB012 et. al.

Sincerely,

John Doe No. 799  IP Address 71.12.241.56

*John Doe #799*
*IP Address 71.12.241.56*

RECEIVED
OCT 05 2012
AT 8:30
WILLIAM T. WALSH, CLERK

JohN DOE No 799

U.S. DiSTRiCT COURT for The DiSTRiCT of
New Jersey
MARTiN LuTher KiNg, JR Federal BuiLDiNg + U.S. CourTHouse
50 WALNuT ST.
NEWARK N.J. 07101

NEW ORLEANS LA 700
02 OCT 2012 PM 4 L

RECEIVED
AT 8:30
OCT 0 5 2012
WILLIAM T. WALSH, CLERK
____M