UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

In the matter of,

AMSELFILMS PRODUCTIONS,          : CASE NO. 2:12-cv-3864-FSH

        Plaintiff,

vs.

JOHN DOES 1-997, etc.,

        Defendants.                 JOHN DOE's MOTION TO QUASH SUBPOENA

RECEIVED OCT 05 2012 AT 8:30 __M WILLIAM T. WALSH, CLERK

    Defendant John Doe with IP address 66.229.251.217 (hereinafter referred to as "John Doe") files his Motion To Quash Subpoena served on Comcast, and states:

    Plaintiff's Subpoena served on Comcast is overly broad and violates John Doe's due process rights and right to privacy rights guaranteed by the United States Constitution. To date, not only has Plaintiff failed to provide John Doe with a copy of the Complaint which alleges wrongdoing, Plaintiff has made no showing that John Doe or any of the other identified John Does have done anything worthy of subjecting his personal information to scrutiny by Plaintiff.

    John Doe requests that the Court require Plaintiff to make some showing at an evidentiary hearing that it has any evidence of wrongdoing by John Doe or the other John Does to justify such an intrusion. While discovery is broad in federal civil cases, Plaintiff's current subpoena is simply a fishing expedition and

should not be allowed until such time as John Doe and the other John Does are apprised of Plaintiff's claims against them and Plaintiff proves, by some modicome of evidence in an evidentiary hearing, that they should be haled into Court in New Jersey.

                                      Respectfully submitted,

                                      John Doe c/o
                                      McGUINNESS & GONZALEZ, P.A.
                                      1627 S.W. 37th Ave., Suite 100
                                      Miami, Florida 33145
                                      Ph. No. (305) 448-9557
                                      Fax No. (305) 448-9559
                                      ljmpalaw@netzero.com

                                      s/ John Doe
                                      E. JOHN DOE

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that: I electronically filed the foregoing document with the Clerk of the Court using CM/ECF; and that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service in the manner specified, either via transmission of the Notices of Electronic Filing generated by the CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, this September 27, 2012.

                                      Service List

Bonnie C. Park, Esq.
54 Main St.
Hackensack, NJ 07601

Comcast Cable
650 Centerton Rd.
Moorestown, NJ 08057

